UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20585-CIV-LENARD/O'SULLIVAN

ROLANDO DEL SOL,

     Plaintiff,

vs.

PASTEUR MEDICAL CENTER, INC.,
and MANUEL ENRIQUEZ, JR.,

     Defendants.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT AND
RECOMMENDING THAT THE CASE BE DISMISSED WITH PREJUDICE**

THIS MATTER came before the Court following a settlement conference before
the undersigned and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the settlement
agreement, the pertinent portions of the record, and is otherwise fully advised in the
premises.

This case involves a claim for unpaid overtime compensation under the Fair
Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an
FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and
determine that the settlement is a "fair and reasonable resolution of a bona fide dispute
over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53
(11th Cir. 1982).  A settlement entered into in an adversarial context where both sides
are represented by counsel throughout litigation "is more likely to reflect a reasonable
compromise of disputed issues." Id.  The district court may approve the settlement in

order to promote the policy of encouraging settlement of litigation. <u>Id</u>. at 1354.

In this case, there is a bona fide dispute over the number of overtime hours worked by the plaintiff and whether the plaintiff was exempt for some of the overtime hours worked. The Court has reviewed the terms of the settlement agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' settlement agreement (including attorney's fees and costs) is hereby APPROVED. It is further

**RECOMMENDED** that this case be dismissed with prejudice and that the Court **retain jurisdiction until July 5, 2011** to enforce the terms of the settlement.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this **3rd** day of June, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. District Judge Lenard
All counsel of record